IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PS PRODUCTS, INC., and**
**BILLY PENNINGTON**                                                                **PLAINTIFFS**

v.                               Case No. 4:22-cv-00033-KGB

**DP AND COMPANY, INC.,**
**doing business as www.dpciwholesale.com**                                         **DEFENDANT**

## ORDER

Before the Court is plaintiffs PS Products, Inc. ("PS Products") and Billy Pennington's voluntary dismissal with prejudice (Dkt. No. 5). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(i). For good cause shown, the Court adopts the stipulation of dismissal (Dkt. No. 5). This action is dismissed with prejudice.

So ordered this 18th day of January, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge